### 12740.   Slotin *v.* Vinson.

Luke, J.   There being issues of fact in this case which should have been submitted to the jury, under appropriate instructions from the court, and the verdict directed not being demanded by the evidence, it was error for the court to direct a verdict.

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

Decided March 7, 1922.

Complaint; from Tattnall superior court — Judge Strange presiding. July 7, 1921.

*C. L. Cowart,* for plaintiff in error.